Alexander J. Lindvall (#034745)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona 85211-1466
Telephone: (480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for Defendant de Vries

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Preston Seidner, | Case No. 2:19-CV-05394-DLR |
| Plaintiff, | |
| v. | **NOTICE OF FILING AND SERVICE OF NON-ELECTRONIC EXHIBITS** |
| Jonathan de Vries, | |
| Defendant. | |

Defendant de Vries gives notice, pursuant to the Court's Order dated August 20, 2020 [Doc. 18], that they are filing the AXON Exhibit.

The non-electronic exhibit is attachment to Defendant's Statement of Facts in Support of Motion for Summary Judgment filed with the Court on August 20, 2020 [Doc. 15].

Defendant de Vries mailed two copies of these exhibits to the Clerk of the Court and one copy to Plaintiff.

DATED this 14th day of September, 2020.

CITY OF MESA ATTORNEY'S OFFICE

Alexander J. Lindvall
Assistant City Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and I served the attached document by U.S. Mail on the following, who is not a registered participant of the CM/ECF System:

Preston Seidner, #173251
Arizona State Prison Complex – Yuma
Cibola Unit 6-C-8
PO Box 8909
San Luis, AZ 85349
*Pro Se Plaintiff*

/s/ Toni Aglialoro